# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLYDE BAER, III, | ) |
| Petitioner, | ) Civil Action No. 3:18-cv-00119-KRG-LPL |
| v. | ) Magistrate Judge Lisa Pupo Lenihan |
| ERIC BRADLEY, Warden | ) |
| Respondent. | ) |

## ORDER

The petition/motion to vacate pursuant to 28 U.S.C. § 2241 filed by the individual identified above has been received without a filing fee or the forms required to proceed <u>in forma pauperis</u> in a habeas corpus case. This action may not proceed unless the Petitioner either,

1) tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $5.00, or,

2) files a properly completed application to proceed in forma pauperis, along with an authorization form and a certified copy of the account statement for the six (6) months preceding the filing of the petition.

Therefore,

**IT IS ORDERED** this 11th day of July, 2018, that the Clerk of Court is to mark this case closed.

**IT IS FURTHER ORDERED** that the Petitioner may reopen the case by paying the $5.00 filing fee or submitting a motion to proceed in forma pauperis and a certified copy of the account statement for the six (6) months preceding the filing of the complaint within 30 days from the date of this order.

**IT IS FURTHER ORDERED** that the parties are allowed fourteen (14) days from this date to appeal this order to a District Judge pursuant to Rule 72.C.2 of the Local Rules. Failure to appeal within fourteen (14) days will constitute waiver of the right to appeal.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc: Clyde Baer, III
52456-060
LORETTO
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. Box 1000
LORETTO, PA 15940